# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JAMES THOMAS FITZSIMMONS and PHYLLIS MARY FITZSIMMONS,<br><br>Debtor(s). | Chapter 13 Proceedings<br><br>Case No. 4:16-bk-11750-SHG<br><br>**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION PROGRAM MEDIATOR** |

The undersigned Mortgage Modification Mediation ("MMM") Program Mediator reports to the Court as follows:

A. MMM proceedings were commenced in this case involving the following parties (choose and complete all that apply):

☒ The Debtor [and Debtor's attorney], James & Phyllis Fitzsimmons, Daniel Rylander

☐ The co-obligor/co-borrower/or other third party, _____

_____

☒ The Lender's representative, Doug Pierson, Mediation Associate

and Lender's attorney, Leonard McDonald

☐ Other: _____

B. The MMM proceedings resulted in the following:

☐ The parties settled prior to attending.

☐ The case was dismissed.

☐ The Debtor or ☐ Debtor's attorney failed to attend.

☐ The Lender's representative or ☐ Lender's attorney failed to attend.

■ The parties reached an agreement:

　　■ The parties agreed to a Final Loan Modification agreement.

　　☐ Other: _____.

☐ The parties did not reach an agreement.

Respectfully submitted this  12th  day of _____October_____, 20 17 .


/s/ Kathryn Johnson Finn
Signature of Mediator


Kathryn Johnson Finn
Print Name

Address: 　425 W. Paseo Redondo, Suite 2
　　　　　　Tucson, AZ 85701


Telephone: 　(520) 743-2257
Email: 　kathy@kathyjohnsonlaw.com